**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**CHRISTINA ALMEIDA**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **CHRISTINA ALMEIDA,** | No.   2:17-CV-02615-CKD |
|         **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
|   **v.** | |
| **NANCY BERRYHILL,  Acting Commissioner of Social Security,** | |
|         **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to August 23, 2018.

This is a first extension made beyond the scheduling order's initial date. Plaintiff's counsel is dealing with four cases where the record was filed on the same day coming days after two further such filings.

Dated:   July 27, 2018                                /s/    *Jesse S. Kaplan*
                                                     JESSE S. KAPLAN
                                                     Attorney for Plaintiff


                                                     McGREGOR W. SCOTT
                                                     United States Attorney
                                                     DEBORAH LEE STACHEL
                                                     Regional Counsel, Region IX
                                                     Social Security Administration

Dated:  July 27, 2018                                 */s/ per e-mail authorization*
                                                     MARGARET BRANICK-ABILLA
                                                     Special Assistant U.S. Attorney
                                                     Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to August 23, 2018.

SO ORDERED.

Dated:  August 2, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE