**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**CHRISTINA ALMEIDA**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **CHRISTINA ALMEIDA,** | No.   2:17-CV-02615-CKD |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to August 29, 2018.

This is a second extension, of four business days. Plaintiff' counsel has been working through a series of these motions and in this week when this motion is due also has a Ninth Circuit

opening brief, as to which a previous extension was granted, due the following day and four hearings on three days.

Dated:   August 22, 2018                                    /s/    *Jesse S. Kaplan*
                                                            JESSE S. KAPLAN
                                                            Attorney for Plaintiff


                                                            McGREGOR W. SCOTT
                                                            United States Attorney
                                                            DEBORAH LEE STACHEL
                                                            Regional Counsel, Region IX
                                                            Social Security Administration

Dated:  August 22, 2018                                      */s/ per e-mail authorization*
                                                            MARGARET BRANICK-ABILLA
                                                            Special Assistant U.S. Attorney
                                                            Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to August 29, 2018.

SO ORDERED.

Dated:  August 22, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE