MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTINA ALMEIDA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-02615-CKD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that Defendant shall have a 30-day extension of time, from September 28, 2018 to October 28, 2018, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time. Defendant respectfully submits that good cause exists for the requested extension because the undersigned counsel for Defendant has been out on leave and needs additional time to complete her review of the administrative record, to evaluate the issues raised in Plaintiff's Motion, to determine whether options exist for

settlement, and to accommodate competing workload demands.  Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: September 26, 2018     JESSE S. KAPLAN

By: */s/ Jesse S. Kaplan\**
    JESSE S. KAPLAN
    Attorneys for Plaintiff
    [*As authorized by e-mail on Sept. 26, 2018]

Dated: September 28, 2018     MCGREGOR W. SCOTT
    United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration

By: */s/ Margaret Branick-Abilla*
    MARGARET BRANICK-ABILLA
    Special Assistant United States Attorney
    Attorneys for Defendant

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  Because October 28, 2018 is a Sunday, Defendant's response is due October 29, 2018.

Dated:  September 28, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation & [Proposed] Order
Case No. 2:17-cv-02615-CKD     2