MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTINA ALMEIDA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-02615-CKD<br><br>STIPULATION AND ORDER FOR EXTENSIONN OF TIME (SECOND REQUEST) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that Defendant shall have a 15-day extension of time, from October 28, 2018 to November 12, 2018, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's second request for an extension of time. Defendant respectfully submits that good cause exists for a second extension because Defendant's counsel was out of the office unexpectedly on sick leave and requires additional time to complete her review of the record and analysis of the issues raised in Plaintiff's brief and to prepare Defendant's response.

Defendant's counsel also has a number of other briefs due and is trying diligently to manage competing workload demands. Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: October 24, 2018          JESSE S. KAPLAN

By: */s/ Jesse S. Kaplan*
    JESSE S. KAPLAN
    Attorneys for Plaintiff
    [*As authorized by e-mail on Oct. 24, 2018]

Dated: October 26, 2018          MCGREGOR W. SCOTT
    United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration

By: */s/ Margaret Branick-Abilla*
    MARGARET BRANICK-ABILLA
    Special Assistant United States Attorney
    Attorneys for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The parties are advised that, as multiple extensions of time have been granted in this case, no further extensions will be granted absent extraordinary cause.

Dated: October 26, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE